IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> v. : <br> : CRIMINAL NO. 16-218-1 <br> JEROME WOODS : <br> : | |

## ORDER

**AND NOW,** this 9th day of December, 2025, upon consideration of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct his Sentence (ECF 1119) and the Government's Opposition (ECF 1125), it is hereby **ORDERED** as follows:

1. Defendant's Motion under 28 U.S.C. § 2255 is **DENIED**.

2. The Court **DECLINES** to hold an evidentiary hearing because the motion, files, and records of the case conclusively show that Defendant is not entitled to relief; and

3. A certificate of appealability **SHALL NOT ISSUE** because Defendant has not made a substantial showing of the denial of a constitutional right.

BY THE COURT:

_____
Hon. Mia R. Perez