# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : : | |
| v. : : | **CRIMINAL NO. 16-218-1** |
| **JEROME WOODS** : : | |

## ORDER

**AND NOW**, this 16th day of December, 2025, upon consideration of Jerome Woods's motion under Federal Rule of Criminal Procedure 41(g) for return of forfeited property (ECF No. 1128) and Woods's supplemental § 2255 motion asserting ineffective assistance of counsel in connection with forfeiture (ECF No. 1130), it is hereby **ORDERED** that the motions are **DENIED**.

BY THE COURT:

_____
HON. MIA R. PEREZ